MELINDA HAAG (CSBN 132612)
United States Attorney
ALEX G. TSE (CSBN 152348)
Chief, Civil Division
ANN MARIE REDING (CSBN 226864)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6813
FAX: (415) 436-6748
annie.reding@usdoj.gov

Attorneys for the United States

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHUNRONG LIU, | Case No.: 13cv2766 DMR |
| Plaintiff, | |
| v. | **STIPULATION TO DISMISS AND ORDER** |
| JANET NAPOLITANO, Secretary of the Department of Homeland Security; ALEJANDRO MAYORKAS, Director, U.S. Citizenship and Immigration Services; ROBIN BARRETT, USCIS, San Francisco Field Office Director, | |
| Defendant. | |

Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services has scheduled Plaintiff's interview for July 26, 2013, and will adjudicate her application for naturalization within sixty (60) days of the dismissal of this action.

PARTIES' STIPULATION TO DISMISS AND
ORDER
C13-2766 DMR

1

1     Each of the parties shall bear their own costs and fees.

3   DATED: July 17, 2013                                  Respectfully submitted,

MELINDA HAAG
United States Attorney

    /s/ Ann Marie Reding
ANN MARIE REDING
Assistant U.S. Attorney
Attorneys for the United States
Email: annie.reding@usdoj.gov

DATED: July 17, 2013                                      /s/ Justin X. Wang
JUSTIN X. WANG
Attorney for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

DATED: 7/23/2013

_____
DONNA M. RYU
United States Magistrate Judge

PARTIES' STIPULATION TO DISMISS AND
ORDER
C13-2766 DMR

2